No. 86–1730.   SETERA *v.* TEXAS A & M UNIVERSITY ET AL., 482 U. S. 928;

No. 86–5984.   BATES *v.* LOUISIANA, 481 U. S. 1042;

No. 86–6175.   WILSON *v.* DENTON ET AL., 482 U. S. 931;

No. 86–6491.   JACKSON *v.* FLORIDA, *ante*, p. 1010;

No. 86–6519.   COFIELD *v.* MERIT SYSTEMS PROTECTION BOARD, 482 U. S. 916;

No. 86–6677.   GASKINS *v.* SOUTH CAROLINA, 482 U. S. 909;

No. 86–6713.   WILLIAMS *v.* BLACKBURN, WARDEN, 482 U. S. 917;

No. 86–6730.   TURNER *v.* FUERST, 482 U. S. 917;

No. 86–6732.   PRUETT *v.* VIRGINIA, 482 U. S. 931;

No. 86–6753.   ATTWELL *v.* METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY ET AL., 482 U. S. 908;

No. 86–6776.   BUTLER *v.* WELSCHMEYER, 482 U. S. 918;

No. 86–6786.   MARTIN *v.* LITTLE, BROWN & CO., INC., ET AL., 482 U. S. 930; and

No. 86–6804.   BROWN-BEY *v.* UNITED STATES MARSHAL, 482 U. S. 908.   Petitions for rehearing denied.

AUGUST 3, 1987

No. 86–1927.   CHICAGO COMMODITIES, INC., ET AL. *v.* COMMODITIES FUTURES TRADING COMMISSION ET AL.   C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.

No. A–69.   CASTILLE, DISTRICT ATTORNEY, PHILADELPHIA COUNTY *v.* HARRIS ET AL.   C. A. 3d Cir.   Application for recall